Filing # 42785274 E-Filed 06/15/2016 02:57:07 PM

IN THE CIRCUIT COURT,<br>
FOURTH JUDICIAL CIRCUIT,<br>
IN AND FOR DUVAL COUNTY,<br>
FLORIDA<br>
<br>
CASE NO:<br>
DIVISION:

FABIOLA MENDEZ-BORGES,

    Plaintiff,

vs.

TARGET CORPORATION,

    Defendant.

_____ /

## COMPLAINT

Plaintiff, **FABIOLA MENDEZ-BORGES**, sues Defendant, **TARGET CORPORATION**, and alleges:

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material hereto, Plaintiff was a resident of Jacksonville, Duval County, Florida.

3. At all times material to this action, Defendant was a foreign profit corporation authorized to do business and doing business in the State of Florida.

4. At all times material hereto, Defendant was the owner and in possession of that certain business known as Target located at 9041 Southside Boulevard,

Jacksonville, Duval County, Florida, said business being a department store, open to the general public, including the Plaintiff, **FABIOLA MENDEZ-BORGES**, herein.

5. On or about April 12, 2015 Plaintiff was walking into Target when she slipped and fell on the parking lines in the parking lot, sustaining injuries.

## COUNT I
## NEGLIGENCE CLAIM OF FABIOLA MENDEZ-BORGES

Plaintiff, **FABRIOLA MENDEZ-BORGES**, re-alleges and incorporates by reference paragraphs 1 through 5 above, and further states:

6. On or about April 12, 2015, Plaintiff, **FABIOLA MENDEZ-BORGES**, went to Defendant's premises located at 9041 Southside Boulevard, Jacksonville, Duval County, Florida to shop.

7. At said time and place, Plaintiff, **FABRIOLA MENDEZ-BORGES**, was lawfully upon the premises of the Defendant, who owed Plaintiff a duty to exercise reasonable care for her safety.

8. At said time and place, Defendant breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

   a) Negligently failing to maintain or adequately maintain the parking lot, in that the wrong paint was used for the parking lines, thus creating a slipping hazard to members of the public utilizing said parking lot when the parking lines are wet due to rain, including the Plaintiff herein, thus creating an unreasonably dangerous condition for her;

   b) Negligently failing to inspect or adequately inspect the parking lot, as specified above, to ascertain that the correct paint was

        not used for the parking lines which constituted a slipping hazard to pedestrians utilizing said parking lot, including the Plaintiff herein, thus creating an unreasonably dangerous condition to her;

c)   Negligently failing to inspect or adequately warn the Plaintiff of the danger of the slippery parking lines when wet, when Defendant knew, or through the exercise of reasonable care should have known, that said parking lines were unreasonably dangerous and that Plaintiff was unaware of same; and

d)   Negligently failing to correct or adequately correct the unreasonably dangerous condition of the parking lot on Defendant's premises, when said condition was either known to Defendant, or had existed for a sufficient length of time, such that Defendant should have known of same had Defendant exercised reasonable care.

9.   As a result, while Plaintiff, **FABIOLA MENDEZ-BORGES**, was visiting Defendant's business, she slipped and fell while negotiating the unacceptable parking lot which had parking lines painted with incorrect paint, sustaining injuries as set forth in Paragraph ten (10) below.

10.   As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about her body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, **FABIOLA MENDEZ-BORGES**, demand judgment for damages against Defendant, **TARGET CORPORATION**, and other such relief deemed proper by the Court. **Plaintiffs also demand a jury trial on all issues so triable.**

/s/ Michael D. Marrese

_____
Michael D. Marrese, Esquire
FBN: 0544299
Morgan & Morgan, P.A.
105 S. Ponce de Leon Blvd.
St. Augustine, FL 32084
Email:Mmarrese@forthepeople.com
Telephone: (904) 398-2722
Facsimile: (904) 366-7678
Attorneys for Plaintiff